FILED

2021 Feb-11 PM 04:29
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **PURE FITNESS LLC,** | } | |
| | } | |
| **Plaintiff,** | } | |
| | } | |
| **v.** | } | **Case No.:  2:20-CV-775-RDP** |
| | } | |
| **TWIN CITY FIRE INSURANCE COMPANY,** | } | |
| | } | |
| **Defendant.** | } | |

## ORDER

In accordance with the accompanying Memorandum Opinion, Defendant's Motion to Dismiss the First Amended Class Action Complaint (Doc. # 20) is **GRANTED**. All remaining claims asserted in Plaintiff's First Amended Class Action Complaint against Defendant Twin City Fire Insurance Company (Doc. # 18) are **DISMISSED WITH PREJUDICE**.

In light of this dismissal, Defendant's Motion to Dismiss Amended Multistate Class Action Claims (Doc. # 21) is **MOOT**.

Costs are taxed against Plaintiff.

**DONE** and **ORDERED** this February 11, 2021.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE